UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**GEORGIA M. HALL, PRO SE**  **CIVIL ACTION**

**VERSUS**

**NO. 23-1686-JWD-EWD**

**LIVINGSTON PARISH GOVERNMENT
AS A UNIT (LPG), ET AL.**

<u>**OPINION**</u>

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 13, 2025 (Doc. 32), to which an objection was filed and considered (Doc. 33);

**IT IS ORDERED** that the Motion to Dismiss for Failure to Comply with Court Order or, Alternatively, Motion to Dismiss Purusant [sic] to FRCP Rule 12(b)(6) for Failure to State a Claim Upon Which Relief Can Be Granted, and/or Pursuant to FRCP Rule 12(b)(1) for Lack of Subject Matter Jurisdiction, (Doc. 30) filed by Defendants the Parish of Livingston, Layton Ricks, Sam Digirolamo, Jeff Ard, Gary Talbert, Maurice "Scooter" Keen, John Wascom, Erin Sandefur, Gerald McMorris, Tracy Girlinghouse, Randy Delatte, and Shane Mack, is **GRANTED IN PART, DISMISSING WITH PREJUDICE** Plaintiff's claims under the Older Americans Act because the OAA does not provide her with a private right of action.

**IT IS FURTHER ORDERED** that all other relief sought in the Motion is **DENIED** as stated in the Report, and that this matter is **REFERRED** back to the Magistrate Judge for entry of a scheduling order regarding Plaintiff's remaining claims against Livingston Parish and the Individual Defendants in their individual capacities for violations of the Equal Protection Clause, Title II of the ADA, the Rehabilitation Act, and state law and/or Parish ordinances relating to Plaintiff's request for installation of a cul-de-sac on Boondocking Road.

**IT IS FURTHER ORDERED** that if Georgia M. Hall wants to assert additional, non-futile claims or to add additional defendants, she must file a motion seeking leave of Court to file another amended complaint that complies with the Federal Rules of Civil Procedure and the Local Civil Rules of this Court and that specifically explains why any further amendments should be allowed.

Signed in Baton Rouge, Louisiana, on September 25, 2025.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**