UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **GEORGIA M. HALL, PRO SE** | **CIVIL ACTION NO.** |
| **VERSUS** | |
| **LIVINGSTON PARISH GOVERNMENT AS A UNIT (LPG), ET AL.** | **23-1686-JWD-EWD** |

## ORDER

Georgia M. Hall ("Plaintiff"), who is representing herself, was ordered to file the parties' Joint Status Report in preparation for the scheduling conference in this case by no later than October 23, 2025.[1] On that date, Defendants filed a Motion for Leave to File Separate Status Report,[2] which states that defense counsel has tried to contacted Plaintiff regarding the Status Report several times but has been unable to reach her. Plaintiff did not file the Status Report, as ordered, and did not request an extension of time to do so. Considering Plaintiff's failure to participate in the drafting and filing of the Joint Status Report, **IT IS ORDERED** that the November 6, 2025 scheduling conference before Magistrate Judge Erin Wilder-Doomes is **CANCELED** and no status report is due at this time. As such, Defendants' Motion for Leave to File Separate Status Report,[3] is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Plaintiff Georgia Hall shall appear before Magistrate Judge Erin Wilder-Doomes at a hearing set via Zoom videoconference on **November 19, 2025 at 11:00 a.m.** and show cause why her claims in this case should not be dismissed for failure to follow Court Orders. Participant instructions are attached. Plaintiff must call the Court at (225)

---

[1] R. Doc. 35 (Scheduling Conference Order). Documents in the Court record are referred to as "R. Doc. __." Plaintiff agreed to service by electronic means in this case. R. Doc. 2 (Pro Se E-Service & E-Notice Consent Form).
[2] R. Doc. 37.
[3] R. Doc. 37.

389-3584 by no later than **November 14, 2025** to receive further instructions if she does not have videoconferencing capabilities.

 **NOTICE TO Georgia Hall: Your claims in this lawsuit may be dismissed without further notice if you do not appear for the scheduled hearing.**

 Signed in Baton Rouge, Louisiana, on October 29, 2025.

              _/s/ Erin Wilder-Doomes_
              **ERIN WILDER-DOOMES**
              **UNITED STATES MAGISTRATE JUDGE**